UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2011 FEB 11  PM 4: 32

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____  DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>FRANCISCO ROMAN MARTINEZ,<br><br>　　　　　　　　　　Defendant. | CASE NO. 09CR3101-JLS<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_  the Court has dismissed the case for unnecessary delay; or

X  the Court has granted the motion of the Government for dismissal; or

\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_  the jury has returned its verdict, finding the defendant not guilty;

X  of the offense(s) of: <u>21 USC 841(a)(1) Possession of Marijuana with Intent to Distribute (Felony).</u>

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 28, 2011

　　　　　　　　　　　　　　　　　　　JANIS L. SAMMARTINO
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE